An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARCO ANTONIO SANCHEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63808

**FILED**

SEP 25 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a purported order denying a post-conviction petition for a writ of habeas corpus in case number C142877. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on August 13, 2013.[1] Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

_____

[1]It does not appear that a petition has been filed in C142877, the criminal case.

cc:    Hon. Michelle Leavitt, District Judge
        Marco Antonio Sanchez
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk